# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sack, Robert D. | US Court of Appeals, 2d Cir. | 5/10/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Judge (Senior) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | William F. Kerby and Robert S. Potter Fund |
| 2. | Lecturer in Law | Columbia Law School |
| 3. | Member, Columbia Board of Visitors | Columbia Law School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/3/98 | Practising Law Institute and Robert D. Sack, publication of 3rd edition of treatise on defamation law; royalty 15% of net receipts |
| 2. | 1998 | Gibson, Dunn & Crutcher LLP Retirement Agreement, Gibson Dunn & Crutcher LLP and Robert D. Sack; Terms: $6,000 per month/life, no increase, decrease or cap |
| 3. | 2010 | Practising Law Institute and Robert D. Sack, publication of 4th edition of treatise on defamation law; royalty 15% of net receipts |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Practising Law Institute Book Royalties | $19,834.95 |
| 2. 2012 | Gibson, Dunn & Crutcher LLP Retirement Plan | $72,000.00 |
| 3. 2012 | Lecturer in Law, Columbia Law School | $15,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | West Services Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Rochester | 1/23-24/2012, 4/2-3/2012, 4/9-10/2012, 4/16-17/2012 | Rochester, NY | Guest Lecturer | Travel, Hotel and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank Aadvantage | Credit Card | J |
| 2. | Citibank Aadvantage | Credit Card | J |
| 3. | Chase Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Accounts | A | Interest | L | T | | | | | |
| 2. Oppenheimer Advantage Municipal Liquidity Fund | A | Dividend | K | T | | | | | |
| 3. Opp Blackrock NY Muni Inc Qlty TR Tax Free Com | B | Dividend | K | T | | | | | |
| 4. Opp Boeing Co. Common Stock | A | Dividend | K | T | | | | | |
| 5. Opp Invesco Invt Grade NY Muns Tax Free Com | A | Dividend | J | T | | | | | |
| 6. Oppenheimer NY Municipal Fund Cl A | C | Dividend | L | T | | | | | |
| 7. Opp New York NY City Mun Wtr Fin NY 3.625% Due 6/15/25 | A | Interest | K | T | | | | | |
| 8. Northwestern Mutual Life Insurance Policy | C | Dividend | L | T | | | | | |
| 9. Guardian Life Insurance Policy | C | Dividend | L | T | | | | | |
| 10. Massachusetts Mutual Life Insurance Policy | A | Interest | J | T | | | | | |
| 11. Morgan Stanley Money Market Fund | A | Dividend | L | T | | | | | |
| 12. Morgan Stanley MTA 5.35 Zero Coupon Bond due 7/1/12 | B | Interest | | | Redeemed | 07/02/12 | K | A | |
| 13. MS New York Genl Oblig Ref Ser-C due 4/15/13 | A | Interest | K | T | | | | | |
| 14. Morgan Stanley LIPA 5.60 Zero Coupon Bond due 6/1/14 | A | Interest | K | T | | | | | |
| 15. MS NYS Power Auth Rev Ref Ser-C 4% due 11/15/20 | B | Interest | K | T | | | | | |
| 16. MS NYC Genl Oblig Ser-1 4% Due 2/1/22 | C | Interest | L | T | | | | | |
| 17. MS FOCUS GROWTH FD A | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MS FRANKLIN NY TX FR A | B | Dividend | K | T | | | | | |
| 19. MS Invesco Gobal Core Equity A | A | Dividend | J | T | | | | | |
| 20. MS Invesco Small Cap Value A | A | Dividend | K | T | | | | | |
| 21. MSIF Small Co Growth PTF H | A | Dividend | J | T | | | | | |
| 22. MS OPPENHEIMER AMT-FREE NY MUN A | D | Dividend | M | T | | | | | |
| 23. JPMorgan Federal Money Market Fund - Morgan | A | Dividend | K | T | | | | | |
| 24. Ameriprise Portfolio (AH) | G | Int./Div. | P1 | T | | | | | |
| 25. -AMERIPRISE INSURED MONEY MARKET ACCTS | | | | | | | | | |
| 26. -ABA-FID ADV FLOAT RT H/INC-C | | | | | Sold | 01/12/12 | K | | |
| 27. -ADV-BLACKROCK INFLATION PROTECTED BOND INVETOR CLA | | | | | Buy | 03/15/12 | L | | |
| 28. | | | | | Sold (part) | 06/26/12 | J | A | |
| 29. -ADV-BLACKROCK EQUITY DIVIDEND CL A | | | | | Sold (part) | 10/25/12 | J | C | |
| 30. -ADV-COLUMBIA DIVIDEND OPPORTUNITY CL A | | | | | Buy | 05/09/12 | L | | |
| 31. | | | | | Sold (part) | 12/19/12 | K | A | |
| 32. -ADV-COLUMBIA INCOME OPP CL A | | | | | Buy | 03/15/12 | L | | |
| 33. | | | | | Sold (part) | 12/19/12 | K | A | |
| 34. -ADV-EATON VANCE AMT FREE MUNICIPAL | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ADV-FIDELITY ADVISOR FLOATING RATE HIGH INC CL A | | | | | Sold (part) | 10/25/12 | J | C | |
| 36. -ADV-GOLDMAN SACHS HIGH YIELD MUNICIPAL CL A | | | | | Sold (part) | 03/12/12 | M | | |
| 37. -ADV-MFS MUNI LTD MATURITY - A | | | | | Sold | 05/09/12 | L | D | |
| 38. -ADV-OPPENHEIMER AMT FREE NY MUNICIPAL CL A | | | | | | | | | |
| 39. -ADV-PIONEER AMT FREE MUNICIPAL CL A | | | | | Sold (part) | 09/20/12 | J | | |
| 40. -ADV-TAX EXEMPT BOND AMERICA CL A | | | | | | | | | |
| 41. -ADV-VIRTUS TAX EXEMPT BONC CL A | | | | | | | | | |
| 42. -ONE-AIM INVESCO MUNICIPAL INCOME CL A (PKA INV VK MUNI INC) | | | | | | | | | |
| 43. -ONE-BLACKROCK EQUITY DIVIDEND CL A | | | | | | | | | |
| 44. -ONE-COLUMBIA DIVIDEND OPPORTUNITY CL A | | | | | | | | | |
| 45. -ONE-DWS Short DUR Plus - A DWS Funds | | | | | Sold | 05/09/12 | K | B | |
| 46. -ONE-EATON VANCE AMT FREE MUNICIPAL INCOME CL A | | | | | | | | | |
| 47. -ONE-FIDELITY ADVISOR NEW INSIGHTS CL A | | | | | | | | | |
| 48. -ONE-GABELLI EQUITY INCOME CL A | | | | | Sold (part) | 03/07/12 | J | B | |
| 49. -ONE-IVY ASSET STRATEGY CL A | | | | | | | | | |
| 50. -ONE-MFS MUNICIPAL LIMITED MATURITY CL A | | | | | | | | | |
| 51. -ONE-OPPENHEIMER INTL BOND CL A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/10/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ONE-OPPENHEIMER GOLD & SPECIAL MINTERALS CL A | | | | | | | | | |
| 53. -ONE-OPPENHEIMER LIMITED TERM MUNICIPAL CL A | | | | | | | | | |
| 54. -ONE-OPPENHEIMER DEVELOPING MARKETS CL A | | | | | | | | | |
| 55. -ONE-PERMANENT PORTFOLIO | | | | | Sold (part) | 03/06/12 | J | C | |
| 56. | | | | | Sold (part) | 05/25/12 | J | C | |
| 57. -ONE-ROCHESTER LTD TERM NY MUNI A (PKA OPP LTD TRM NY MUN A) | | | | | | | | | |
| 58. -ONE-TAX EXEMPT BOND AMERICA CL A | | | | | | | | | |
| 59. -0NE-VAN ECK GLOBAL HARD ASSETS CL A | | | | | | | | | |
| 60. -ONE-BLACKROCK MUNIHOLDINGS NY QUALITY FUND INC | | | | | | | | | |
| 61. -ONE-NUVEEN NEW YORK INVESTMENT QUALITY MUNICIPAL FUND | | | | | | | | | |
| 62. - RiverSource Retirement Advisor 4 Advantage VA-Annuity | | | | | | | | | |
| 63. - Fred Alger Large Cap Growth IRA | | | | | | | | | |
| 64. - Franklin Intermediate Fixed Income IRA | | | | | | | | | |
| 65. - Spectrum Hybrid Preferred IRA | | | | | | | | | |
| 66. - Renaissance International Equity IRA | | | | | | | | | |
| 67. - Alliancebernstein Large Cap Core IRA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - Munder Mid Cap Core IRA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

A pending claim against Worldcom is currently in litigation (02 Civ. 3288 (DLC)). The worth of that claim cannot be determined at this time.

A pending claim against American International Group, Inc. is currently in litigation (04 Civ. 8141 (DAB) (AJP)). The worth of that claim cannot be determined at this time.

| Name of Person Reporting | Date of Report |
|---|---|
| Sack, Robert D. | 5/10/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert D. Sack**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544